In the Matter of the Claim of EMMA SIMONETTI, Respondent, against CAPITOL COAL CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Office employee, in charge of moneys, was shot and killed by an unknown assailant, and evidence sustains finding of the Board that the assault arose out of the employment, as the object of the assault was robbery. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of PATRICK M. SLATTERY, Respondent, against WHARTON GREEN & CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, a bricklayer, was injured November 11, 1929, by falling from a roof of a vestibule to the ground, and severely injured his back, head and other portions of his body. The Industrial Board made a finding of permanent partial disability to the extent of seventy-five per cent. There is evidence to sustain that finding, and no appeal was taken therefrom by the employer or carrier. The accuracy of the medical reports in the record was not questioned by the carrier until practically five years had elapsed from the occurrence of the injury. At that time the carrier's representative asked to have an opportunity to examine the doctors, but declined to state the purpose. He was advised by the Industrial Board that if the carrier desired to cross-examine the physicians he would have the opportunity to do so. It declined to advise the Board as to its purpose. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of CHARLES TRUDEAU, Respondent, against ROY P. SMITH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant did work by the day for the employer for a period of about a year, as a paperhanger and painter. The employer had a house which he desired completed without delay, and told claimant that if he would do the work on the following day, which was Sunday, he would pay him eight dollars. Claimant agreed; and while thus working was injured. The sole question raised by the appellants is that claimant was an independent contractor. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LOUIS SUSKIND, Respondent, against TEITELBAUM BAKING CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, a chauffeur, was burned following an explosion of gasoline. The proof sustains the finding of total disability during the period covered by the award. His previous wages were thirty-five dollars a week. Award of twenty-two dollars weekly during minority was made. The carrier stipulated that the minor's wages would have increased sufficiently to make twenty-five dollars weekly award proper. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.